JEFFERSON WAREHOUSE & COLD STORAGE CO.
ET AL. *v.* UNITED STATES.

No. 617.   Decided March 18, 1963.

*James W. Wrape, James N. Clay III* and *Richard A. Bishop* for appellants.

*Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Alan S. Rosenthal* and *Pauline B. Heller* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK took no part in the consideration or decision of this case.